UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

UNITED STATES OF AMERICA

v.

ANTHONY MONTALVO

Case No. 18cr129 (NLH)

**DETENTION ORDER**

THIS MATTER having come before the Court on the motion of the United States (Elisa Wiygul, Assistant U.S. Attorney, appearing), for an order detaining defendant Anthony Montalvo, (Maggie Moy, AFPD, appearing) pending a Violation of Supervised Release Hearing, pursuant to Federal Rule of Criminal Procedure 32.1, on the grounds that the defendant poses a risk of flight and a danger to the community; and the Court having conducted a hearing on July 25, 2023; and the Court having considered the contents of the Petition for Warrant for Offender Under Supervision; and the Court having found that the defendant has not met his burden of establishing that he does not pose a risk of flight or present a danger to the community; and the Court noting that the Violation of Supervised Release Hearing is scheduled for 11:00 A.M. on September 11, 2023 before the Honorable Noel L. Hillman; and for good cause shown,

IT IS on this 25th day of July 2023,

**ORDERED** that the motion of the United States to detain the defendant pending the Violation of Supervised Release Hearing is hereby **GRANTED**, and defendant is ordered detained until further

order of the Court; and it is further

**ORDERED** that the defendant is granted leave to reopen the detention hearing should he wish to present evidence to support a request for bail; and it is further

**ORDERED** that the defendant is hereby committed to the custody of the Attorney General or a designated representative for confinement in a corrections facility separate, to the extent practicable, from persons awaiting or serving sentences or held in custody pending appeal, until further order of this Court; and it is further

**ORDERED** that while in custody, the defendant be afforded a reasonable opportunity for private consultation with defense counsel; and it is further

**ORDERED** that upon order of a court of the United States or on request of an attorney for the Government, the person in charge of the corrections facility shall deliver the defendant to a United States Marshal for the purpose of an appearance in connection with a court proceeding.

_____
ANN MARIE DONIO
UNITED STATES MAGISTRATE JUDGE